# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACE TREE SURGERY, INC., and BROWN'S TREE SERVICE, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEREX CORPORATION, TEREX SOUTH DAKOTA, INC., and TEREX UTILITIES, INC.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:16-cv-00775-SCJ |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE

Having found that good cause exists to grant Consent Motion for Leave to File Brief in Support in Excess of 25 Pages, it is hereby ORDERED that Defendants may exceed the page limitation set forth by Local Rule 7.1(D) with respect to their Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Amended Complaint and Plaintiffs may exceed the page limitation set forth by Local Rule 7.1(D) with respect to their Memorandum of Law in Opposition of their Motion to Dismiss Plaintiffs' Amended Complaint by the same length.

*[signature on the following page]*

SO ORDERED this ____ day of July, 2016.

                                            _____
                                            HONORABLE STEVE C. JONES
                                            UNITED STATES DISTRICT JUDGE